UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EMANUEL WILBERT** | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0266 |
| | ) Judge Nixon/Knowles |
| **LOGO CHAIR INC.** | ) |

**O R D E R**

The Initial Case Management Conference in this action currently scheduled for Monday, May 10, 2010, at 10:30 a.m. is hereby rescheduled for **Wednesday, May 19, 2010, at 10:30 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge