# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| EMANUEL WILBERT | ] | |
| --- | --- | --- |
| | ] | Case No: 3:10-cv-00266 |
| Plaintiff | ] | |
| | ] | JUDGE NIXON |
| vs. | ] | |
| | ] | MAGISTRATE JUDGE KNOWLES |
| LOGO CHAIR, INC. | ] | |
| | ] | |
| Defendant | ] | JURY DEMAND |
| | ] | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by signature of counsel below, and the same appearing appropriate in all respects, it is therefore **ORDERED** that the above-captioned matter shall be dismissed, as all issues have been settled. Costs in this matter shall be taxed to the Plaintiffs.

ENTERED this the _8th_ day of _December_, 2010.

_____
JUDGE